Priority  ✗
Send
Enter
Closed
JS-5/JS-6  ✗
JS-2/JS-3
Scan Only

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 28 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFX PERFORMANCE, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC VIBRATIONS, LLC, a California limited liability company; SUSAN BROWN, an individual; EDWARD RHEAD, an individual, and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>PACIFIC VIBRATIONS, LLC, a California limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>EFX PERFORMANCE, INC., a California corporation, CINDY CHONG, an individual, KILLER MARKETING, a business entity of unknown form, and ROES 1-25 inclusive,<br><br>Counterdefendants. | Case No.: SA CV 11-00203 CJC (RNBx)<br><br>[~~PROPOSED~~]<br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>(Filed per Local Rule 52-4.1) |

1  Upon the stipulation of Plaintiff and Counterdefendant EFX PERFORMANCE, INC., Counterdefendants CINDY CHONG and KILLER MARKETING, INC., Defendant and Counterclaimant PACIFIC VIBRATIONS, LLC, and Defendants SUSAN BROWN, and EDWARD RHEAD, and in view of the settlement agreement between said parties, IT IS ORDERED THAT all claims asserted in this action by Plaintiff against Defendants, and all claims asserted in this action by Counterclaimants against Counterdefendants, are dismissed with prejudice, with each party to bear its own costs and attorney fees.

**IT IS SO ORDERED.**

Dated: March 27, 2012

HON. CORMAC J. CARNEY
**UNITED STATES DISTRICT JUDGE**